UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                              Case No. 8:06–bk–05386–MGW
                                                                          Chapter 7

Sandra Denise Fountain
aka S Denise Fountain
aka Denise Fountain
dba Fountain Lawns
307 Rosewood Court
Venice, FL 34293

Michael Duane Fountain
aka Michael D Fountain
aka Mike Fountain
dba Fountain Lawns
307 Rosewood Court
Venice, FL 34293

_____Debtor\*_____/

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

   THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on January 11, 2010 by Sandra Denise and Michael Duane Fountain C/O Charlene J. Keys, dba Keys Research . The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $ 1648.63 has been deposited July 7, 2009 in the Registry of the Court and that the Motion should be granted.

   Accordingly, it is

   **ORDERED** that the Motion for Payment of Unclaimed Funds filed by Sandra Denise and Michael Duane Fountain C/O Charlene J. Keys, dba Keys Research is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $ 1648.63 to the order of:
Sandra Denise and Michael Duane Fountain
C/O Charlene J. Keys dba Keys Research
23630 SE 440th Street
Enumclaw WA 98022

   **DONE AND ORDERED** in Chambers at Tampa, Florida on _July 22, 2010_

_/s/ Michael G. Williamson_
Michael G. Williamson
United States Bankruptcy Judge

   \*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.